1  Dana A. Kravetz (SBN 179718)
   dkravetz@mrllp.com
2  Amanda K. Monroe (SBN 276063)
   amonroe@mrllp.com
3  **MICHELMAN & ROBINSON, LLP**
   10880 Wilshire Boulevard, 19th Floor
4  Los Angeles, CA  90024
   Telephone:(310) 299-5500
5  Facsimile: (310) 299-5600

6  Attorneys for Defendant.
7  *THE BRIAD RESTAURANT GROUP, L.L.C.*

8  Evan M. Goldman (Admitted *Pro Hac Vice*)
   egoldman@aystrauss.com
9  **A.Y. STRAUSS LLC**
   101 Eisenhower Parkway, Suite 412
10 Roseland, New Jersey 07068
   Telephone: (973) 287-0964
11 Facsimile: (973) 226-4104

12 Frank G. Blundo, Jr. (SBN 79793)
   fgbesq@fgblundolaw.com
13 **LAW OFFICES OF FRANK G. BLUNDO, JR.**
   15760 Ventura Boulevard, Suite 700
14 Encino, California 91436
   Telephone: (818) 986-9585
15 Facsimile: (818) 789-6817

16
   Attorneys for Plaintiff,
17 *THE CANTRAN GROUP, INC.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CANTRAN GROUP, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE BRIAD RESTAURANT GROUP, L.L.C, a New Jersey limited liability company,<br><br>　　　　Defendants. | Case No.: 2-18-cv-02044-SVW-RAO<br>Assigned to Hon. Stephen V. Wilson<br>Courtroom 10A<br><br>**[PROPOSED] PROTECTIVE ORDER RE: HIGHLY CONFIDENTIAL INFORMATION**<br><br>[Filed concurrently with Joint Stipulation for Protective Order]<br><br>Complaint filed:  March 12, 2018 |

1

The Court has considered the Joint Stipulation for Protective Order re: Highly Confidential Information concurrently filed by counsel for Plaintiff The Cantran Group, Inc. and Defendant The Briad Restaurant Group, L.L.C.. The Court approves the Stipulation for Protective Order and hereby enters said stipulation as an Order of the Court.

**IT IS SO ORDERED.**

Dated: April 23, 2021     By: *Rozella A. Oliver*
The Honorable Rozella A. Oliver
United States Magistrate Judge