JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CANTRAN GROUP, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE BRIAD RESTAURANT GROUP, L.L.C, a New Jersey limited liability company,<br><br>　　　　Defendants. | Case No.: 2-18-cv-02044-SVW-RAO<br><br>Assigned to Hon. Stephen V. Wilson<br>Courtroom 10A<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><u>Final Pre-Trial Conference</u>: November 1, 2021  <u>Jury Trial Date</u>: November 9, 2021 |

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action is dismissed, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: October 27, 2021      By: _____
　　　　　　　　　　　　　　　　The Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　Judge of the United States District Court

---

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE